FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 NOV 12 PM 2:14

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KATHY TREBER, TEOFILO MARIANO )
JAQUEZ, and SAMMIE SHAHAL, on )
behalf on themselves and all )
others similarly situated, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-143
)
L-3 COMMUNICATIONS CORPORATION, )
)
    Defendant. )

## O R D E R

Before the Court is Plaintiff Kathy Treber, Teofilo Mariano Jaquez, and Sammie Shahal's Notice of Dismissal Without Prejudice. (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiffs' request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** with each party to bear their own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of November 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA